IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SUSAN SULLIVAN,<br><br>                     Plaintiff,<br><br>    V.<br><br>JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.,<br><br>                    Defendants. | 6:16-cv-01361-JR<br><br>JUDGMENT |

Pursuant to the parties' Stipulation of Dismissal (ECF No. 42), this action is dismissed with prejudice and without costs and/or attorneys' fees to any party against any other party.

Dated this 17th day of October 2017.

                                                                                     s/Jolie A. Russo  
                                                                                    JOLIE A. RUSSO  
                                                                                     United States Magistrate Judge